**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**BP PRODUCTS NORTH AMERICA, INC.,**

    **Plaintiff,**

**v.**                                                               **Case No. 8:06-cv-435-T-17TBM**

**JACK CECCARELLI,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on **BP's Motion to Compel Compliance with the Court's Discovery Sanctions** (Doc. 33).  By its motion, Plaintiff seeks an Order compelling Defendant to comply with this court's Order dated April 6, 2007, wherein Defendant was ordered to pay Plaintiff $4,078.00 as sanctions for failing to participate in discovery.  See (Doc. 32).  By Plaintiff's allegations, Defendant has not satisfied the court's Order and has ignored Plaintiff's inquires into the matter.  Plaintiff requests that the court direct Defendant to pay the sanctions owed in full within seven days or, absent full and timely payment by the Defendant, Plaintiff requests that the court strike his pleadings and enter judgment in its favor for the $175,243.36 it seeks in its pending motion for summary judgment.  Defendant, who is proceeding *pro se*, has failed to file a response.

Upon consideration, the motion is **GRANTED in part**.  The Defendant is hereby **ORDERED** to pay such sums as directed by the court's Order of April 6, 2007, (Doc. 32),

within sixty (60) days of the date of this Order.  Failure to do so without good cause may

result in additional sanctions.  In all other respects, the motion is denied without prejudice.

**Done and Ordered** in Tampa, Florida, this 26th day of June 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of record
Mr. Jack Ceccarelli, 205 S. Hoover Blvd., Suite 101, Tampa, FL 33609